USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

MATEO CABRERA,

                              Defendant.

------------------------------------------------------------X

23-CR-209 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 19, 2023, the Grand Jury returned an Indictment against Mr. Cabrera;

    IT IS HEREBY ORDERED that the arraignment in this matter is scheduled for **Monday, April 24, 2023 at 10:00 A.M.** in Courtroom **443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: **April 20, 2023**
       **New York, New York**

                                            **VALERIE CAPRONI
                                            United States District Judge**