**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

June 7, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2023

**BY ECF**

The Honorable Valerie E. Caproni
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 443
New York, New York 10007

Re:  **United States v. Mateo Cabrera**
     **23 CR 0209 (VEC)**

Dear Judge Caproni:

Mateo Cabrera, through undersigned counsel, respectfully submits this letter to request authorization to travel to his daughter's high school ring ceremony on Friday, June 9, 2023. The ceremony will take place in Hartsdale, New York and the time of the ceremony and address of the high school has already been provided to pretrial services.

Undersigned counsel has conferred with both pretrial services and the government about this request. Pretrial services consents to the request and the government defers to pretrial services. Accordingly, Mr. Cabrera asks the Court for permission to travel to his daughter's ring ceremony on Friday, June 9, 2023.

Respectfully Submitted,

\_\_\_\_/s/_____

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791


Cc: United States Pretrial Services Officer Ashley Cosme (via email);

Application GRANTED.

SO ORDERED.

Date: 6/7/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE