**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District
Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 5, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2023

**BY ECF**

The Honorable Valerie E. Caproni
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 443
New York, New York 10007

Re:   **United States v. Mateo Cabrera**
      **23 CR 0209 (VEC)**

Dear Judge Caproni:

Mateo Cabrera, through undersigned counsel, respectfully submits this letter to request authorization to attend the funeral services for his cousin, who recently passed away in a car accident. The services will be held on Thursday, July 6, 2023 from 5:00 p.m. to 8:00 p.m. at the Ortiz Funeral Home in New York, NY. The exact address has already been provided to pretrial services.

Undersigned counsel has conferred with pretrial services about this request. Pretrial services consents to the request. The government has not yet responded. Accordingly, Mr. Cabrera asks the Court for permission to attend his cousin's funeral on Thursday, July 6, 2023.

Respectfully Submitted,

\_\_\_\_/s/_____

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791


Cc: United States Pretrial Services Officer Ashley Cosme (via email);

---

Application GRANTED. Mr. Cabrera must notify the Probation Department once he returns home from the funeral. Mr. Cabrera must also provide Probation with the name and phone number for another individual who will be attending the funeral.

SO ORDERED.

*/s/ Valerie Caproni*   Date: 7/5/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE