USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
  UNITED STATES OF AMERICA,                   :
                                              :
                 -against-                    :
                                              :
  MATEO CABRERA,                              :      23-CR-209 (VEC)
                                              :
                              Defendant.      :      ORDER
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 9, 2023, a grand jury returned a superseding indictment; and

WHEREAS on August 10, 2023, Mr. Cabrera appeared before the Undersigned and entered a plea of not guilty.

IT IS HEREBY ORDERED that jury selection and trial shall begin on **December 11, 2023, at 9:00 A.M.** A final pretrial conference ("FPTC") will take place on **December 6, 2023, at 4:00 P.M.** Both the trial and the FPTC will take place in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that pretrial motions are due **September 15, 2023**; responses are due no later than **October 13, 2023**; any reply is due no later than **October 20, 2023**.

IT IS FURTHER ORDERED that motions *in limine* shall be due no later than **October 20, 2023**; responses are due no later than **November 3, 2023**. Proposed *voir dire* and requests to charge are due no later than **November 9, 2023**.

IT IS FURTHER ORDERED that time is excluded for the period between August 10, 2023, and December 11, 2023, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), as the ends of justice are served by allowing time for the Defendant's counsel to review the ongoing

discovery in this case, and those interests outweigh the interest of the public and the Defendant in a speedy trial.

**SO ORDERED.**

Date:  August 10, 2023
      New York, New York

           **VALERIE CAPRONI**
           **United States District Judge**