```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :
                                             :
             -against-                       :
                                             :
MATEO CABRERA,                               :           23-CR-209 (VEC)
                                             :
                          Defendant.         :           ORDER
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on September 14, 2023, Mr. Cabrera moved to suppress evidence recovered from his apartment on April 5, 2023, *See* Dkt. 24.

   IT IS HEREBY ORDERED that a hearing on the motion to suppress will be held on **Tuesday, November 14, 2023, at 2:30 P.M** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Not later than **November 7, 2023**, the parties must submit a joint letter setting forth the list of witnesses to be called at the suppression hearing.

**SO ORDERED.**

Date:  October 17, 2023
       New York, New York

                                                  _____
                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**