

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

| **MEMO ENDORSED** |
|---|

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 17, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _10/18/2023___

**By Email and ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    ***United States v. Mateo Cabrera*, 23 Cr. 209 (VEC)**

Dear Judge Caproni:

      The Government respectfully writes, with the consent of the defense, to request an extension of the deadline to file motions *in limine* in advance of the trial currently scheduled in this matter for December 11, 2023, from October 20, 2023 until November 9, 2023, in order to allow both parties additional time to prepare those submissions. If that schedule is not convenient for the Court, then the Government alternatively requests, also with the consent of the defense, a one-week adjournment of the motion *in limine* deadline until October 27, 2023.

Application GRANTED. Motions *in limine* are due no later than **November 9, 2023**, and responses are due no later than **November 20, 2023**.

SO ORDERED.                                    October 18, 2023

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:___/s/_____
    Matthew Weinberg
    Alexandra S. Messiter
    Assistant United States Attorney
    (212) 637-2836/2544

Cc: Kristoff Williams, Esq. (by Email and ECF)
    Marisa Cabrera, Esq. (by Email and ECF)