**MEMO ENDORSED**

**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District
Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 1, 2023

**BY ECF**

The Honorable Valerie E. Caproni
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 443
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2023

Re:   **United States v. Mateo Cabrera**
        **23 CR 0209 (VEC)**

Dear Judge Caproni:

Mateo Cabrera, through undersigned counsel, respectfully submits this letter to request authorization to attend the birthday celebration of his baby cousin, who will be turning one year old. The celebration will take place on Sunday, November 5, 2023 at 4:30 p.m. in Paterson, New Jersey. Pretrial services has been provided the address to this event.

Undersigned counsel has conferred with pretrial services and the government about this request. Pretrial services takes the position that it objects to all social event requests for individuals on home detention. The government defers to pretrial services. It should be noted, however, that Mr. Cabrera was granted permission to attend events on two prior occasions, with pretrial services' consent, and without issue. *See* Dkt. 10 & 16.

Accordingly, Mr. Cabrera requests permission to attend the above birthday celebration on November 5, 2023. If granted permission, Mr. Cabrera will check in with his pretrial services officer both before he leaves and once he returns home.

Respectfully Submitted,

\_\_\_\_/s/_____

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

Cc: United States Pretrial Services Officer Ashley Cosme (via email);

Application GRANTED. Mr. Cabrera is required to be back at his residence by **11:00pm** on **November 5, 2023**. He also must provide Pretrial services with the address where he will be.

SO ORDERED.

November 2, 2023

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE