USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

MATEO CABRERA,

                          Defendant.

23-CR-209 (VEC)

**ORDER**

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 14, 2023, Mr. Cabrera moved to suppress evidence recovered from his apartment on April 5, 2023, *see* Dkt. 24; and

WHEREAS a hearing on the motion to suppress was scheduled to be held on Tuesday, November 14, 2023, at 2:30 p.m, *see* Dkt. 33.

IT IS HEREBY ORDERED that a hearing on the motion to suppress will be held on **December 6, 2023, at 2:30 P.M** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: November 15, 2023**
       **New York, New York**

                                                    **VALERIE CAPRONI**
                                                   **United States District Judge**