**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 17, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2023

**BY ECF**

The Honorable Valerie E. Caproni
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 443
New York, New York 10007

Re:     **United States v. Mateo Cabrera**
        **23 CR 0209 (VEC)**

Dear Judge Caproni:

Mateo Cabrera, through undersigned counsel, respectfully submits this letter to request authorization to attend his family's Thanksgiving gathering on November 23, 2023. The celebration will take place in Paterson, New Jersey, at the same home that the Court granted him permission to travel to on November 5, 2023. *See* Dkt. 40. Pretrial services has been provided with the specific address.

Undersigned counsel has conferred with pretrial services and the government about this request. Pretrial services takes the position that it objects to all social event requests for individuals on home detention. The government defers to pretrial services. It should be noted that Mr. Cabrera has now been granted permission to attend events on three prior occasions without issue. *See* Dkt. 10, 16, and 40.

Respectfully Submitted,

____/s/_____

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

Cc:  United States Pretrial Services Officer Ashley Cosme (via email);

Application GRANTED.  Mr. Cabrera is required to provide Pretrial services with the address where he will be, and alert them of the time when he will leave his residence and when he will return on **November 23, 2023**.

SO ORDERED.

11/20/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE