USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

MATEO CABRERA,                                                   23-CR-209 (VEC)

                          Defendant.                           ORDER
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 6, 2023, the parties appeared before the Court for a suppression hearing; and

      WHEREAS the Court advised the parties to confer and propose mutually agreed upon dates for trial.

      IT IS HEREBY ORDERED that the parties must file a joint letter proposing trial dates no later than **Friday, December 8, 2023**.

**SO ORDERED.**

Date: December 6, 2023
      New York, New York

                                           **VALERIE CAPRONI**
                                      **United States District Judge**