

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 8, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2023
```

**By Email and ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Mateo Cabrera*, 23 Cr. 209 (VEC)

Dear Judge Caproni:

  The parties write jointly with respect to the trial date in the above-captioned matter. On December 7, 2023, the Court instructed the parties to file a letter by today, December 8, proposing trial dates. (Dkt. 51). As the parties previously informed the Court via email, we are requesting a one-week extension of this deadline, until December 15, 2023. The reason for the requested extension is that, within the next week, defense counsel may obtain additional clarity regarding trial schedules for early 2024, which could result in the parties being available for an earlier trial date in this case.

Application GRANTED.  12/8/2023

SO ORDERED.

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  /s/
  Matthew Weinberg
  Alexandra S. Messiter
  Assistant United States Attorney
  (212) 637-2836/2544

Cc: Kristoff Williams, Esq. (by Email and ECF)
  Marisa Cabrera, Esq. (by Email and ECF)