USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                :
                                        :     23-CR-209 (VEC)
           -against-                    :
                                        :     ORDER
MATEO CABRERA,                          :
                                        :
                         Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Government emailed the Court on January 18, 2024, that Mr. Cabrera requests a change of plea hearing.

IT IS HEREBY ORDERED that Mr. Cabrera's change of plea hearing is scheduled for **Tuesday, January 23, 2024, at 10:00 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  January 19, 2024
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**