USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA           :
                                   :    23-CR-209 (VEC)
        -against-                  :
                                   :    ORDER
MATEO CABRERA,                     :
                                   :
                    Defendant.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 23, 2024, Mr. Cabrera appeared for a change-of-plea hearing, during which Mr. Cabrera pled guilty to Counts One and Two of the Superseding Indictment; the Court has not yet accepted the guilty plea.

IT IS HEREBY ORDERED that Mr. Cabrera must appear for sentencing on **May 29, 2024**, at **10:30 a.m.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions are due no later than **May 15, 2024**.

IT IS FURTHER ORDERED that Mr. Cabrera's bail conditions are to remain in place.

**SO ORDERED.**

Date:  January 23, 2024
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**