# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

___

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*



April 24, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/24
```

**BY ECF**

The Honorable Valerie E. Caproni
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 443
New York, New York 10007

Re:   **United States v. Mateo Cabrera**
       **23 CR 0209 (VEC)**

Dear Judge Caproni:

Mateo Cabrera, through undersigned counsel, respectfully submits this letter requesting to amend the conditions of his pretrial release. Specifically, Mr. Cabrera requests to remove the condition requiring home detention, and instead replace it with a curfew condition, with hours set at the discretion of pretrial services. Mr. Cabrera was recently hospitalized twice after suffering a heart attack on March 3, 2024. Hence, the purpose of the requested amendment is to afford him the ability to get outside for exercise. He would still be subject to location monitoring.

Undersigned counsel has conferred with pretrial services and the government about this request. Pretrial services consents to the requested amendment, and recommended that the curfew hours be set at the discretion of pretrial services. The government defers to pretrial services.

Respectfully Submitted,

/s/

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

Cc: United States Pretrial Services Officer Ashley Cosme (via email);

Application GRANTED. IT IS HEREBY ORDERED that the conditions of Mr. Cabrera's release are modified to remove the condition of home confinement and replaced by a curfew to be set by Pretrial Services.

SO ORDERED.

4/24/24

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE