USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

UNITED STATES OF AMERICA                    :
                                             :        23-CR-209 (VEC)
              -against-                      :
                                             :        ORDER
MATEO CABRERA,                               :
                                             :
                            Defendant.       :
---------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 23, 2024, Mr. Cabrera appeared for a change-of-plea hearing, during which Mr. Cabrera pled guilty to Counts One and Two of the Superseding Indictment; the Court has not yet accepted the guilty plea; and

WHEREAS Mr. Cabrera's sentencing was initially scheduled to take place on **May 29, 2024**, at **10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS HEREBY ORDERED that Mr. Cabrera's sentencing is adjourned to **June 3, 2024** at **10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that Mr. Cabrera's bail conditions are to remain in place.

**SO ORDERED.**

Date:  **May 16, 2024**                                    _____
       **New York, NY**                                            **VALERIE CAPRONI**
                                                            **United States District Judge**