Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

July 23, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 07/24/2026

**BY ECF**

The Honorable Valerie E. Caproni
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Mateo Cabrera**
**23-CR-209 (VEC)**

Dear Judge Caproni,

Pursuant to the Court's July 6, 2026 order (ECF 130), the parties write to propose a briefing schedule for Mateo Cabrera's compassionate release motion. The parties propose the following schedule:

- **Defense Opening Motion** – September 25, 2026
- **Government Response** – October 23, 2026
- **Defense Reply** – November 13, 2026

This briefing schedule will provide the defense with the time needed to acquire medical records and consult with Mr. Cabrera, who is currently housed out-of-district at Devens FMC.

Respectfully Submitted,
/s/
Kristoff Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

Application GRANTED. The Court adopts the briefing schedule as proposed by the Parties.

SO ORDERED.

07/24/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE